TRACY RAY GIBSON #1436824
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Tx

68,962-07

July 26th, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

Re: F1496022007
WR-68,962-07

Dear Clerk of Court,

I am in receipt of the Criminal Court of Appeals order filed on July 1st, 2015. I received it by Legal-mail at my institutional mailroom on July 7th, 2015.

It is my understanding the cause no. above is being remanded back to the 145th Superior District Court. However, it is not clarified as to whether I need to file my first interrogatory? Will I be given a court appointed attorney to retrieve the documents from TDCJ-Records Division and TDCJ-inmate file (Time-Slips)?

I am not experienced with the Criminal Court of Appeals policies and procedures, and I am requesting more detailed instructions from this court as to what is happening with my case, please?

Thank You!

Sincerely
Tracy Gibson
Tracy Gibson
7/26/15